IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01706-EWN-BNB

TIMOTHY JOHN KENNEDY,

Plaintiff,

v.

INVESTIGATIONS: OFFICER LAKE,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a preliminary pretrial conference. Competing draft pretrial orders were presented. Consistent with matters discussed at the conference today:

IT IS ORDERED that the parties shall confer and prepare a single proposed preliminary pretrial order in the form mandated by Judge Edward W. Nottingham. The proposed preliminary pretrial order shall be put into final form by counsel for the defendant and shall be submitted to the court on or before **October 22, 2005**.

IT IS FURTHER ORDERED that a supplemental preliminary pretrial conference is set for **November 1, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff and his case manager are directed to contact the court at that date and time by telephone at 303-844-6408 to participate in the conference. The Clerk of the Court is directed to send a copy of this Order to plaintiff's case manager as follows: Case Manager, for Reg. No. 94886, Centennial Correctional Facility, P. O. Box 600, Canon City, CO 81215-0600.

Dated September 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge