IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01706-EWN-BNB

TIMOTHY JOHN KENNEDY,

Plaintiff,

v.

INVESTIGATIONS: OFFICER LAKE,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following papers filed by the plaintiff:

(1) **Plaintiff's Declaration of Truthfulness, Validity, and Relevance to Civil Action No. 04-CV-1706-EWN-BNB Concerning All Discovery Provided As Per Defendant's Request for Production of Documents** (the "Declaration"), filed October 27, 2005; and

(2) **Motion to Enter Evidence Exhibits** [sic] **into the Record in Support of Plaintiff's Declaration Dated 10/23/05**, filed November 18, 2005.

The Declaration details numerous events that occurred prior to and after the plaintiff's incarceration. The Declaration does not seek specific relief, and it does not appear to be related to any pending matter in this case. Accordingly,

IT IS ORDERED that the Declaration is STRICKEN.

IT IS FURTHER ORDERED that the "Motion to Enter Evidence Exhibits [sic] into the Record in Support of Plaintiff's Declaration Dated 10/23/05" is DENIED AS MOOT.

Dated November 28, 2005.

                                    BY THE COURT:

                                    /s/ Boyd N. Boland
                                    United States Magistrate Judge