IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01706–EWN–BNB

TIMOTHY JOHN KENNEDY,

    Plaintiff,

v.

OFFICER LAKE,

    Defendant.

## ORDER

This case is before the court on Plaintiff's motion (#94) to reconsider a discovery order (#91) entered by the magistrate judge and his objections (#95) to that same order. In reviewing the magistrate judge's ruling, this court must decide whether the ruling is "clearly erroneous or contrary to law." Based on review of the order, the motion to reconsider, and the ruling, the court concludes that the order is not clearly erroneous or contrary to law. Accordingly, it is

ORDERED as follows:

1. The motion to reconsider (#94) is DENIED.

2. The objections (#95) are OVERRULED and the magistrate judge's order shall stand as the order of the court.

Dated this 23rd day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge